UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW VOELKEL AND EMILY VOELKEL<br><br>VERSUS<br><br>PROGRESSIVE HAWAII INSURANCE CORP., RECLAIM IT ENTERPRISES LLC, and RANDY BALL | CIVIL ACTION NO.<br><br>SECTION ""<br><br>MAGISTRATE<br><br>*JURY TRIAL REQUESTED* |

# **COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Petitioners, Andrew Voelkel and Emily Voelkel, persons of the full age of majority and residents of the State of Louisiana, who, with respect, show the Court as follows:

I.

Jurisdiction of this Honorable Court is based on 28 U.S.C. 1332 as there is complete diversity of citizenship between Plaintiffs and the Defendants in this matter, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

II.

Venue is proper pursuant to 28 U.S.C. 1391(b)(2) as the Eastern District of Louisiana is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

III.

That Progressive Hawaii Insurance Corp., made a party defendant herein, is a foreign insurance company organized under the laws of the State of Ohio and authorized to do and doing business in the State of Louisiana at all times relevant hereto. That Reclaim It Enterprises LLC is a foreign corporation organized under the laws of the State of Tennessee that conducts business in Louisiana at all relevant times herein. That Randy Ball, made a party defendant herein, is a person of the full age of majority and a resident and citizen of Greene County, State of Tennessee. That said Defendants are liable, jointly and/or in solido, to Plaintiffs for the following:

IV.

That on or about September 11, 2021 at approximately 1:14 P.M., Andrew Voelkel was operating a 2013 Ford F150, southbound on Menetre Drive in the Parish of St. Tammany, State of Louisiana. Emily Voelkel was riding as a passenger in the vehicle.

V.

That at approximately the same time and place, Randy Ball was operating a 2003 Sterling Truck owned by Reclaim It Enterprises LLC westbound on W. 15th Avenue in the Parish of St. Tammany, State of Louisiana.

VI.

The intersection of Menetre Drive and W. 15th Avenue is a four-way stop with stop signs located at all corners of the intersection.

VII.

Andrew Voelkel stopped at the stop sign on Menetre Drive and then proceeded into the intersection.

VIII.

That at the same time and place, in the Parish of St. Tammany, State of Louisiana, Randy Ball did not see and/or disregarded the stop sign on W. 15th Avenue at the intersection and collided with the vehicle driven by Andrew Voelkel as it was passing through the intersection.

IX.

That the aforesaid accident sued on herein occurred through no fault of the Plaintiffs but was the fault of and proximately caused by Defendant, Randy Ball, in the following respects:

(a) by disregarding a stop sign in violation of R.S. 32:123;

(b) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(c) by operating the vehicle under his control in a reckless and negligent manner;

(d) by failing to yield the right of way; and

(e) by failing to see what should be seen.

X.

Petitioner shows that at all times mentioned hereinabove, Randy Ball was an employee of Defendant, Reclaim It Enterprises LLC, and was acting within the course and scope of his employment therewith. Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code.

XI.

That as a result of the aforesaid collision, Andrew Voelkel has sustained serious injuries to his neck, back, and body and mind, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; all of which entitles Plaintiff, Andrew Voelkel, to recover from Defendants the damages as are reasonable in the premises.  In particular, Andrew Voelkel has sustained a herniation at C2-3 with annular tear, a herniation at C4-5 with annular tear and compression of the right C5 nerve root, and a herniation at C5-6 with annular tear, for which he is continuing to treat.

XII.

That as a result of the aforesaid collision, Emily Voelkel has sustained serious injuries to her neck, right wrist, and body and mind, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; all of which entitles Plaintiff, Emily Voelkel, to recover from Defendants the damages as are reasonable in the premises.

XIII.

That Andrew Voelkel and Emily Voelkel were married at all times relevant hereto and have remained married at all times thereafter.

XIV.

That as a result of the injuries which Andrew Voelkel sustained in the accident sued on herein, Emily Voelkel has suffered a loss of consortium, services and society of her husband, Andrew Voelkel, and therefore has sustained damages as are reasonable in the premises.

XV.

That as a result of the injuries which Emily Voelkel sustained in the accident sued on herein, Andrew Voelkel has suffered a loss of consortium, services and society of his wife, Emily Voelkel, and therefore has sustained damages as are reasonable in the premises

XVI.

Plaintiffs show that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Progressive Hawaii Insurance Corp., under the terms and conditions of which it agreed to insure and indemnify Defendants, Reclaim It Enterprises LLC and Randy Ball, from the type of liability asserted herein.

XVII.

Plaintiffs show that this case involves damages which exceed $75,000.00, exclusive of interest and costs.

XVIII.

Plaintiffs request a trial by jury.

WHEREFORE, plaintiffs, Andrew Voelkel and Emily Voelkel, pray that after due proceedings are had, there be judgment entered for Plaintiffs against Defendants, Progressive Hawaii Insurance Corp., Reclaim It Enterprises LLC, and Randy Ball, for all damages as are

reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, for trial by jury, and for all general and equitable relief.

                                RESPECTFULLY SUBMITTED:
                                MORRIS BART, LLC
                                ATTORNEY FOR PLAINTIFF
                                601 POYDRAS STREET, 24TH FLOOR
                                NEW ORLEANS, LA  70130
                                TELEPHONE:  (504) 525-8000
                                FACSIMILE:  (504) 324-0738
                                E-MAIL:  sgulden@morrisbart.com

                              BY:     */s/A. Spencer Gulden*
                                      A. SPENCER GULDEN, NO. LA23110

**PLEASE SERVE**:

    1.    **PROGRESSIVE HAWAII INSURANCE CORP.**
            **Through the Louisiana Secretary of State**
            8585 Archives Avenue
            Baton Rouge, Louisiana 70808

    2.    **RECLAIM IT ENTERPRISES LLC**
            **Through its registered agent for service of process:**
            Mr. Randy Ball
            300 Kingsport Hwy.
            Greeneville, TN 37745-3588

    3.    **RANDY BALL**
            300 Kingsport Hwy.
            Greenville, TN 37745-3588